05-15-01042-CV

FILED
DALLAS COUNTY
8/31/2015 1:48:58 PM
FELICIA PITRE
DISTRICT CLERK

Bridgette Vation

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/31/2015 4:20:08 PM
LISA MATZ
Clerk

NO. **DF-10-13224-U**

NO. **DF-13-18933-U**

NO. **DF-13-18931-U**

NO. **DF-14-10757-U**

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| **BOWENS/WELCH** | § | **302nd JUDICIAL DISTRICT** |
| | § | |
| **CHILDREN** | § | **DALLAS COUNTY, TEXAS** |

### NOTICE OF APPEAL

This Notice of Appeal is filed by CRYSTAL BOWENS, Respondent, party to these proceedings who seeks to alter the trial court's judgment or other appealable order.

1.   The trial court, cause numbers, and styles of this case are as shown in the caption above.

2.   The judgment or order appealed from was signed on August 14, 2015.

3.   CRYSTAL BOWENS desires to appeal from all portions of the judgment.

4.   This appeal is being taken to the Court of Appeals for the 5th District of Texas.

5.   This is an accelerated appeal.  This is a parental termination case.

6.   Appellant is presumed indigent and may proceed without advance payment of costs.

Respectfully submitted,

Stephanie L. Pond, Attorney at Law
701 Commerce #200
Dallas, Texas 75202
Tel: (214) 752-0229
Fax: (214) 752-5217

By: /s/ Stephanie L. Pond
    STEPHANIE L. POND
    State Bar No. 24079817
    Email: stephaniepond@yahoo.com
    Attorney for CRYSTAL BOWENS

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5

of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: Texas Dept. of Family and Protective Services
Lead attorney: Sandre Moncriffe, Assistant District Attorney
Method of service:    via email: Sandre.Moncriffe@dallascounty.org
Date of service:    August 31, 2015


Party: Guardian ad Litem/Attorney ad Litem for child
Lead attorney: Glyne Worrell
Method of service:    via email: gworrell@theworrelllawfirm.com
Date of service:    August 31, 2015


Party: Father Justin Welch
Lead attorney:    Charles Vaughn
Method of service:    via email: Charles.Vaughn@dallascounty.org
Date of service:    August 31, 2015


/s/ Stephanie L. Pond
STEPHANIE L. POND
Attorney for Respondent